UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BROCKWELL,

    Plaintiff,

v.                                       CASE NO: 8:07-cv-920-T-23EAJ

PROGRESS ENERGY, INC., et al.,

    Defendants.
_____/

**ORDER**

    An order (Doc. 6) directed the plaintiff to show, on or before September 7, 2007, why this action should not be dismissed for lack of prosecution for failure to file a case management report within the time prescribed by Local Rule 3.05. The order cautioned that failure to comply would result in dismissal of the action without further notice. The plaintiff has neither filed a response nor moved to extend the time for a response. Accordingly, this action is **DISMISSED** for lack of prosecution. See Local Rule 3.10. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on September 10, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:     US Magistrate Judge
        Courtroom Deputy